

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

**NO. 02-14-00021-CR**
**NO. 02-14-00022-CR**
**NO. 02-14-00023-CR**
**NO. 02-14-00024-CR**
**NO. 02-14-00025-CR**
**NO. 02-14-00026-CR**

EDWARD FLORES                                                    APPELLANT

V.

THE STATE OF TEXAS                                                    STATE

----------

FROM CRIMINAL DISTRICT COURT NO. 1 OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1]

----------

Pursuant to a plea bargain in each case, Appellant Edward Flores pled guilty and judicially confessed to two counts of burglary of a habitation with intent to commit another felony—robbery, two counts of aggravated robbery with a

---

[1]*See* Tex. R. App. P. 47.4.

deadly weapon, and two counts of unlawful possession of a firearm, and he pled true to an enhancement paragraph in each case. The trial court followed the plea bargains, convicting Appellant on all six counts and sentencing him to the agreed sentences of thirty years' confinement on each burglary and aggravated robbery count and twenty years' confinement on each count of unlawful possession of a weapon, with all the sentences to run concurrently.

The trial court's certification in each case states that it is a plea-bargained case and that Appellant has no right of appeal. We also note that Appellant waived all pretrial motions and all rights of appeal in each case. Accordingly, we informed Appellant by letter that these cases were subject to dismissal unless he or any party desiring to continue the appeals showed grounds for continuing them.[2] We did not receive a response.

We therefore dismiss these appeals.[3]

PER CURIAM

PANEL: DAUPHINOT, GARDNER, and WALKER, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: March 13, 2014

---

[2]*See* Tex. R. App. P. 25.2(a)(2), 25.2(d).

[3]*See* Tex. R. App. P. 25.2(d), 43.2(f).